

**ORDERED in the Southern District of Florida on May 30, 2023.**

**Paul G. Hyman, Jr., Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.courts.gov

In re:  

Osiris Iglesias,

_____Debtor(s)._____/

Case No. 23-10675-BKC-PGH
Chapter 13

**AGREED[1] ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON PERSONAL PROPERTY HELD BY
INTERNAL REVENUE SERVICE DE #20**

THIS MATTER came to be heard on April 25, 2023, at 9:00 A.M. on the Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property (DE 20; the "Motion"), on the consent portion of the chapter 13 calendar, being advised of the premises and of an agreement

___

[1] The submission of this Agreed Order was done on the same day the submitting attorney received email confirmation from the IRS that the proposed language on the order that was sent to the IRS for the review was acceptable.

LF-103 (06/14/10)

between the parties, It is ordered as follows:

    A.    The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

        ___    Motor vehicle described as follows:

    X    IRS's collateral consists of a lien, March 27, 2020, in Official Records recording number 2020R0195392, Liber 31874 Page 118 of the Public Records of Miami Dade County, Florida (collectively, the "Lien"), on personal property other than a motor vehicle and is particularly described as follows: All of Debtor's personal property as more particularly describe on Schedule B of the Debtor's Bankruptcy Petition.

    Consequently, it is **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    Internal Revenue Service an allowed secured claim in the amount of $9,420.13

    3.    (Select only one):

        ___    IRS has not filed a proof of claim in this case. The trustee shall not disburse any payments to IRS unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of the secured claim, regardless of the original classification in the proof of claim as filed.

Or

LF-103 (06/14/10)

      __X__    IRS filed a proof of claim in this case (Proof of Claim 9). It shall be classified as a secured claim to the extent provided in paragraph 4, above, and as a general unsecured claim for for any amount in excess of the secured claim, regardless of the original classification in the proof of claim as filed. IRS's secured claim shall be paid through the plan at 7% and for a total of $11,191.79.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted By:
Mary Reyes, Esquire
Reyes & Calas-Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Avenue, Ste. 345
Miami, FL 33126
(305) 476-1900
rcjlawecf@gmail.com

Mary Reyes, Esq., is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of the Order and shall file a certificate of service with the Clerk of the Court.

**SERVICE LIST**

Nancy K. Neidich, Trustee ECF registered

The Honorable Merrick B. Garland
Attorney General of the United States
950 Pennsylvania Ave. N.W.
Room 4400
Washington DC 20530-0001

Ariana Fajardo Orshan
United States Attorney
Southern District of Florida
99 N.E. 4th St.
Miami, FL 33132

Internal Revenue Service
Insolvency Support Group, Unit 1
Stop 5730
7850 S.W. 6th Ct., Room 165
Plantation, FL 33324

Special Assistant United States Attorney
Associate Area Counsel (SBSE)-Miami
1114 Claude Pepper Federal Building
P.O. Box 9, Stop 8000
51 SW 1st Ave.
Miami, FL 33130

Internal Revenue Service
Compliance Services-Insolvency Support Group, Unit III
P.O. Box 17167-Stop 5730
Ft. Lauderdale, FL 33318

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

SERVICE LIST CONTINUED

LF-103 (06/14/10)

**SERVICE LIST CONTINUED**

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
400 W Bay Street M/S 5730
Jacksonville, FL 32202

Internal Revenue Service
7850 SW 6th Court M/S 5730
Plantation, FL 33324

Internal Revenue Service
Attn: Enrique Vassallo-Colon, Bankruptcy Specialist
1248 North University Drive, M/S 5730
Plantation, FL 33322

Internal Revenue Service
801 BROADWAY M/S MDP 146
NASHVILLE TN 37203

LF-103 (06/14/10)